IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Mindy M. Spencer,<br>Plaintiff,<br>v.<br>The Wendy's Company,<br>Defendant. | Case No. 2:25-cv-00173-JLG-CMV<br>Judge James L. Graham<br>Magistrate Judge Chelsey M. Vascura<br><br>August 25, 2025 |

---

### DECLARATION OF ONGOING HARM

---

**Exhibit H**

**DECLARATION OF ONGOING HARM**

I, **Mindy M. Spencer**, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Plaintiff in this matter, proceeding pro se. I make this declaration in support of my filings, and to supplement the record with evidence of **ongoing harm caused by Defendant's conduct and delay.**

2. Since the underlying discriminatory and retaliatory actions of Defendant, I have experienced:

    - Worsening of my **PTSD and trauma-related symptoms**, including paranoia, hypervigilance, and physical trembling.

    - **Emotional distress and social impairment** — where I was once naturally social and patient, I now must force myself to appear "normal" while feeling anxious and unsafe.

    - **Physical symptoms** of stress, including tension, insomnia, and fatigue.

3. The continuation of litigation and Defendant's repeated procedural delays have aggravated these injuries. Each new filing, especially when Defendant seeks to strike or silence my submissions, retraumatizes me and prolongs my suffering.

4. Courts recognize that litigation stress and prolonged obstruction by a defendant may justify **equitable tolling** and weigh heavily in damages determinations. See *Baldwin Cnty. Welcome Ctr. v. Brown*, 466 U.S. 147, 151 (1984) (equitable tolling appropriate where strict application of deadlines would be unjust); *Jones v. Bock*, 549 U.S. 199, 215

(2007) (limitations defenses inappropriate at pleading stage unless conclusively shown).

5. Defendant has not provided an **Answer** to my Amended Complaint (Doc. 17), prolonging uncertainty and harm. Federal Rule of Civil Procedure 12(a)(4) requires an answer within 14 days of the Court's ruling on the motion to dismiss. Defendant's filing of a Motion to Strike (Doc. 34) is another attempt to delay, further injuring me.

6. The unexplained appearance of the figure **$9,999,000** in Clerk materials has caused additional distress, as I have not been informed how this amount entered the record. The ambiguity adds to my sense of mistrust and harm.

7. I am submitting this declaration to ensure the Court has a full record of my **continuing injury**, both emotional and physical, as caused by Defendant's conduct and ongoing litigation strategy.

## Conclusion

For these reasons, I respectfully request that this Court consider this Declaration as part of the record in support of my opposition to Defendant's Motion to Strike (Doc. 34) and my Motion to Compel (Doc. 32).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 26, 2025

*[signature: Mindy Spencer]*

**Mindy M. Spencer**
Plaintiff, Pro Se