UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MINDY M. SPENCER,

    **Plaintiff,**

  v.                                        Civil Action 2:25-cv-173
                                                   Judge James L. Graham
                                                   Magistrate Judge Chelsey M. Vascura

THE WENDY'S COMPANY,

    **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's Motion to Compel Docket/Audit Records and Settlement Existence Documents. (ECF No. 45.) Therein, Plaintiff seeks further information concerning the origin and timing of the entry of the $9,999,000 demand on the docket. The Court has already addressed this issue by Order dated September 2, 2025, in which Plaintiff was advised that the Court has no further information to provide.

Plaintiff's motion further seeks to compel the production of documents by Defendant and from non-parties. However, it does not appear that Plaintiff has served Defendant with corresponding requests for production of documents under Federal Rule of Civil Procedure 34 or served subpoenas for the production of documents on the non-parties under Rule 45. The Court cannot compel the production of documents that Plaintiff has not properly requested using the discovery mechanisms of the Federal Rules of Civil Procedure. *See* Rule 37(a)(3)(B)(iv); Rule 45(g). Accordingly, Plaintiff's Motion to Compel (ECF No. 45) is **DENIED**.

Further, Plaintiff's Motion to File Medical Exhibits Under Seal or For In-Camera Review (ECF No. 46) is **GRANTED**. Plaintiff has already provided her exhibits to the Clerk and those exhibits have been placed under seal. (*See* ECF No. 47.) No further action is required from Plaintiff or the Clerk.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE