**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**MINDY M. SPENCER,**

> **Plaintiff,**

> v.

**THE WENDY'S COMPANY,**

> **Defendant.**

> **Civil Action 2:25-cv-173**
> **Judge James L. Graham**
> **Magistrate Judge Chelsey M. Vascura**


**ORDER**

Plaintiff has filed Initial Disclosures made under Federal Rule of Civil Procedure 26(a)(1). (ECF No. 64.) The Court has not ordered Plaintiff to file this document. Moreover, the parties have not utilized their initial disclosures in a court proceeding. The Court therefore **STRIKES** Plaintiff's filing and **ORDERS** her to cease filing discovery documents, or Notices of their service, until they are used in a proceeding or the Court orders otherwise. *Cf.* Fed. R. Civ. P. 5(d) (1) ("[D]isclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission."). The Court notes, however, that striking this document from the docket "does not prevent it from being effective." *Valente v. Univ. of Dayton*, No. 3:08-cv-225, 2009 WL 2132631, at *1 (S.D. Ohio, July 13, 2009).

> **IT IS SO ORDERED.**


> /s/ *Chelsey M. Vascura*
> CHELSEY M. VASCURA
> UNITED STATES MAGISTRATE JUDGE